CITY OF NEWARK, A MUNICIPAL CORPORATION OF NEW JERSEY, PLAINTIFF-APPELLANT, v. NORTH JERSEY DISTRICT WATER SUPPLY COMMISSION, *ET AL.*, DEFENDANTS-RESPONDENTS.

Argued June 3, 1969—Decided June 6, 1969.

*Mr. Sam Weiss* argued the cause for appellant (*Mr. Philip E. Gordon,* attorney).

*Mr. Oscar R. Wilensky* argued the cause for respondents (*Mr. Harvey Blicksilver,* on the brief).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Mintz in the Chancery Division, 106 *N. J. Super.* 88.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN — 7.

*For reversal* — None.